**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
Fax: (888) 422-5191

Attorney for Plaintiff DANILO VICTORIO

MOLLIE M. BURKS  (SBN:  222112)
mburks@grsm.com
MAYA PRI-TAL OHANA  (SBN:  272903)
mohana@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (510) 463-8668
Facsimile:  (415) 986-8054

Attorneys for Defendants
MODIS INC., d/b/a MODIS IT, INC., A Florida Corporation,
MODIS E&T, LLC, Florida Limited Liability Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO VICTORIO, an individual, on behalf of himself and all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MODIS INC., d/b/a MODIS IT, Inc., a Florida corporation, MODIS E&T, LLC, Florida Limited Liability Company, inclusive, <br><br> Defendants. | CASE NO. 5:19-cv-01713-VKD <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

-1-
JOINT STIPULATION FOR DISMISSAL

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 3, 2020                    POTTER HANDY LLP


                                          By:    */s/James M. Treglio*_____
                                                 Mark D. Potter
                                                 James M. Treglio
                                                 Attorneys for Plaintiff


Dated: January 3, 2020                    GORDON REES SCULLY MANSUKHANI, LLP


                                          By:    *__/s/Mollie M. Burks*_____
                                                 Mollie M. Burks
                                                 Maya Pri-Tal Ohana
                                                 Sarah Y. Oh
                                                 Attorneys for Defendants

JOINT STIPULATION FOR DISMISSAL

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2020                    By:  */s/ James M. Treglio*
                                          James M. Treglio,
                                          Attorney for the Plaintiff

JOINT STIPULATION FOR DISMISSAL

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Potter Handy, LLP, 8033 Linda Vista, Suite 200, San Diego, CA 92111, email address: JimT@potterhandy.com. On January 3, 2020, I served a copy of the foregoing document(s) described as:

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

By electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    /s/James M. Treglio
James M. Treglio, Esq.